IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

PHILLIP M. LUTZ,                    )
                                   )
          Petitioner,              )
                                   )
v.                                 )          CIVIL ACTION NO.  1:10cv950-TMH
                                   )                  (WO)
DOUGLAS VALESKA, *et al.*,          )
                                   )
          Respondents.             )

**OPINION and ORDER**

On January 31, 2014, the Magistrate Judge filed a Recommendation in this case recommending that the petition of habeas corpus relief filed pursuant to 28 U.S.C. § 2254 be dismissed with prejudice.  (Doc. # 20).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, that the petition for habeas corpus relief be and is hereby DENIED, and that this case be and is hereby DISMISSED with prejudice.

Done this the 5th day of March, 2014.


                                        /s/ Mark E. Fuller
                              _____
                                   UNITED STATES DISTRICT JUDGE